UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney-in-fact**<br><br>**Plaintiff,**<br><br>vs.<br><br>**James S. Leedham, et al.**<br><br>**Defendants.** | Case No. 5:07-cv-01503<br><br>Judge Sara Lioi<br><br>**JUDGMENT** |

UNITED STATES DISTRICT JUDGE SARA LIOI

The Court having contemporaneously entered its Default Judgment and Decree of Foreclosure, this action is accordingly terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

DATE: September 25, 2007

                                                    s/ Sara Lioi
                                                    Judge Sara Lioi
                                                    UNITED STATES DISTRICT JUDGE